**STATE of Missouri, Respondent,**

v.

**Darryl BUCHANAN, Appellant.**

**No. ED 83204.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 19, 2004.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., J., CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Defendant, Darryl Buchanan, appeals from his convictions, after a jury trial for unlawful use of a weapon and attempting to escape from custody. He was sentenced as a prior offender to concurrent terms of imprisonment of five years for each conviction.

No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).